## TABLE OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | U.S. Environmental Protection Agency (EPA), *PM2.5 Design Values, 2017* (July 23, 2018), https://www.epa.gov/air-trends/air-quality-design-values#report (excerpt) |
| 2 | J. Lieb., Earthjustice, Letter to A. Wheeler, EPA, Re. 60-Day Notice of Intent to File Clean Air Act Citizen Suit (Oct. 10, 2018) |
| 3 | EPA, *Health and Environmental Effects of Particulate Matter (PM)* (Oct. 9, 2018) |
| 4 | American Lung Association, *State of the Air 2015* (excerpts) |