# **EXHIBIT 1**

**Table 1b.  Areas Previously Designated Nonattainment for the 2006 PM$_{2.5}$ 24-hour NAAQS**

AQS Data Query: 07/20/18; Last updated:  07/23/18

| Designated Area (2006 NAAQS) | State | EPA Region | Designation Status [1] | 2015-2017 24-hour Design Value (µg/m³) [2,3,4,5] | Met 2006 NAAQS? [3,4] | Redesignation Effective Date [1,5] | Latest Attainment/Clean Data Determination Date [1,5] |
|---|---|---|---|---|---|---|---|
| Allentown | PA | 03 | Maintenance | 24 | yes | 04/13/15 | |
| Birmingham | AL | 04 | Maintenance | 22 | yes | 02/25/13 | |
| Canton-Massillon | OH | 05 | Maintenance | 22 | yes | 10/22/13 | |
| Charleston | WV | 03 | Maintenance | 17 | yes | 04/30/14 | |
| Chico | CA | 09 | Nonattainment | 28 | yes | | 06/09/17 |
| Cleveland-Akron-Lorain | OH | 05 | Maintenance | 25 | yes | 09/18/13 | |
| Detroit-Ann Arbor | MI | 05 | Maintenance | 28 | yes | 08/29/13 | |
| Fairbanks | AK | 10 | Nonattainment | 85 | no | | |
| Harrisburg-Lebanon-Carlisle-York | PA | 03 | Maintenance | 30 | yes | 12/08/14 | |
| Imperial County | CA | 09 | Nonattainment | 31 | yes | | 06/09/17 |
| Johnstown | PA | 03 | Maintenance | 25 | yes | 07/15/15 | |
| Klamath Falls | OR | 10 | Nonattainment | 36 | no | | 07/06/16 |
| Knoxville-Sevierville-La Follette | TN | 04 | Maintenance | 34 | yes | 09/27/17 | 06/09/17 |
| Lancaster | PA | 03 | Maintenance | 28 | yes | 07/16/15 | |
| Liberty-Clairton | PA | 03 | Nonattainment | 37 | no | | 06/09/17 |
| Logan | UT-ID | 08,10 | Nonattainment | 33 | yes | | |
| Los Angeles-South Coast Air Basin | CA | 09 | Nonattainment | 39 | no | | |
| Milwaukee-Racine | WI | 05 | Maintenance | 22 | yes | 04/22/14 | |
| New York-N. New Jersey-Long Island | NY-NJ-CT | 01,02 | Maintenance | 23 | yes | 04/18/14 | |
| Nogales | AZ | 09 | Nonattainment | 28 | yes | | 06/09/17 |
| Oakridge | OR | 10 | Nonattainment | 46 | no | | 03/12/18 |
| Philadelphia-Wilmington | PA-NJ-DE | 02,03 | Maintenance | 25 | yes | 04/21/15 | |
| Pittsburgh-Beaver Valley | PA | 03 | Maintenance | 24 | yes | 10/02/15 | |
| Provo | UT | 08 | Nonattainment | 31 | yes | | |
| Sacramento | CA | 09 | Nonattainment | 34 | yes | | 06/09/17 |
| Salt Lake City | UT | 08 | Nonattainment | 37 | no | | |
| San Francisco Bay Area | CA | 09 | Nonattainment | 35 | yes | | 06/09/17 |
| San Joaquin Valley[6] | CA | 09 | Nonattainment | 72 | no | | |
| Steubenville-Weirton | OH-WV | 03,05 | Maintenance | 25 | yes | 04/17/14 | |
| Tacoma | WA | 10 | Maintenance | 31 | yes | 03/12/15 | |
| West Central Pinal | AZ | 09 | Nonattainment | 32 | yes | | 10/04/13 |
| Yuba City-Marysville | CA | 09 | Maintenance | 28 | yes | 01/08/15 | |

Notes:

1. Area Designation Status and Redesignation/Clean Data Determination dates as of 05/08/18.  The dates shown in Column G represent the redesignation effective date for those areas that have been redesignated from nonattainment to maintenance.

2. The level of the 2006 24-hour NAAQS for PM$_{2.5}$ is 35 micrograms per cubic meter (µg/m³).  The design value for the 24-hour PM$_{2.5}$ NAAQS is the 3-year average 98th percentile concentration.

3. The design values shown here are computed for the latest design value period using Federal Reference Method or equivalent data reported by States, Tribes, and local agencies to EPA's Air Quality System (AQS) as of 05/08/18. Concentrations flagged by States, Tribes, and local agencies as exceptional events (e.g., high winds, wildfires, volcanic eruptions, construction) and concurred by the associated EPA Regional Office are not included in the calculation of these design values.   Data from special purpose monitors operating less than 24 month, data identified as non-regulatory and other data judged by EPA as not meeting 40CFR58 monitoring requirements are not included in these design value calculations.

4. In this table, the 24-hour design values (column E), and their associated validities and met NAAQS entries (column F) are determined  according to the protocols specified in the 2012 revised appendix N.

5. For multi-state nonattainment areas, the date provided is the date of the last action that EPA took to redesignate or determine attainment for any portion of the area (such actions are taken on a state-by-state basis, not on an area-wide basis). Dates for earlier actions on other portions of each multi-state area are available in the Green Book -- http://www.epa.gov/airquality/greenbook/index.html

6. San Joaquin Valley's 2015-2017 design value site (Corcoran-Patterson) is based on concentration data from January 1, 2015 to February 6, 2015 and from January 1, 2016 to December 31, 2017; data from February 7, 2015 to December 31, 2015 are not available due to a fire that destroyed the site. Based on design value calculation methodologies described in 40 CFR 50, Appendix N the design value for Corcoran-Patterson is considered valid despite the missing 2015 data. The second highest 2015-2017 concentration (24-hour PM$_{2.5}$ DV of 59) that includes data measured for three complete years (January 1, 2015 - December 31, 2017) is at Bakersfield-Planz.

Disclaimer: The information listed in this report and in these tables is intended for informational use only and does not constitute a regulatory determination by EPA as whether an area has a attained a NAAQS.  The information set forth in this report has no regulatory effect.  To have regulatory effect, a final EPA determination as to whether an area has attained a NAAQS or attained a NAAQS as of its applicable attainment date can be accomplished only after rulemaking that provides an oppurtunity for notice and comment.  No such determination for regulatory purposes exists in the absence of such rulemaking.  This report does not constitute a proposed or final rulemaking.

**Exhibit 1, page 1 of 1**