# EXHIBIT 4







THE STATE OF THE AIR 2015

**Contents**

The State of the Air 2015. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Rankings

    People at Risk in the U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    Most Polluted Cities in the U.S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Most Polluted Counties in the U.S.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

    Cleanest Cities in the U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

    Cleanest Counties in the U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Health Effects of Ozone and Particle Pollution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

State Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

**Exhibit 4, page 2 of 14**



# HEALTH EFFECTS OF OZONE AND PARTICLE POLLUTION

Two types of air pollution dominate in the U.S.: ozone and particle pollution.[1] These two pollutants threaten the health and the lives of millions of Americans. Thanks to the Clean Air Act, the U.S. has far less of both pollutants now than in the past. Still, more than 138.5 million people live in counties where monitors show unhealthy levels of one or both—meaning the air a family breathes could shorten life or cause lung cancer.

So what are ozone and particle pollution?

## Ozone Pollution

It may be hard to imagine that pollution could be invisible, but ozone is. The most widespread pollutant in the U.S. is also one of the most dangerous.

Scientists have studied the effects of ozone on health for decades. Hundreds of research studies have confirmed that ozone harms people at levels currently found in the United States. In the last few years, we've learned that it can also be deadly.

### What Is Ozone?

Ozone ($O_3$) is a gas molecule composed of three oxygen atoms. Often called "smog," ozone is harmful to breathe. Ozone aggressively attacks lung tissue by reacting chemically with it.

The ozone layer found high in the upper atmosphere (the stratosphere) shields us from much of the sun's ultraviolet radiation. However, ozone air pollution at ground level where we can breathe it (in the troposphere) causes serious health problems.

### Where Does Ozone Come From?

Ozone develops in the atmosphere from gases that come out of tailpipes, smokestacks and many other sources. When these gases come in contact with sunlight, they react and form ozone smog.

The essential raw ingredients for ozone come from nitrogen oxides ($NO_x$), hydrocarbons, also called volatile organic compounds (VOCs) and carbon monoxide (CO). They are produced primarily when fossil fuels like gasoline, oil or coal are burned or when some chemicals, like solvents, evaporate. $NO_x$ is emitted from power plants, motor vehicles and other sources of high-heat combustion. VOCs are emitted from motor vehicles, chemical plants, refineries, factories, gas stations, paint and other sources. CO is also primarily emitted from motor vehicles.[2]

If the ingredients are present under the right conditions, they





Air pollution remains a major danger to the health of children and adults.

Health risks from OZONE POLLUTION / PARTICLE POLLUTION: PREMATURE DEATH, May cause developmental harm, May cause reproductive harm, Asthma attack, Lung cancer, Wheezing and coughing, Shortness of breath, Cardiovascular harm, Susceptibility to infections, Lung tissue redness, swelling

react to form ozone. And because the reaction takes place in the atmosphere, the ozone often shows up downwind of the sources of the original gases. In addition, winds can carry ozone far from where it began.



You may have wondered why "ozone action day" warnings are sometimes followed by recommendations to avoid activities such as mowing your lawn or driving your car. Lawn mower exhaust and gasoline vapors are VOCs that could turn into ozone in the heat and sun.

### Who is at risk from breathing ozone?

Anyone who spends time outdoors where ozone pollution levels are high may be at risk. Five groups of people are especially vulnerable to the effects of breathing ozone:

- children and teens[3];
- anyone 65 and older[4];
- people who work or exercise outdoors[5];
- people with existing lung diseases, such as asthma and chronic obstructive pulmonary disease (also known as COPD, which includes emphysema and chronic bronchitis)[6]; and
- people with cardiovascular disease.[7]

In addition, some evidence suggests that other groups—including women, people who suffer from obesity and people with low incomes—may also face higher risk from ozone.[8] More research is needed to confirm these findings.

The impact on your health can depend on many factors, however. For example, the risks would be greater if ozone levels are higher, if you are breathing faster because you're working outdoors or if you spend more time outdoors.

Lifeguards in Galveston, Texas, provided evidence of the impact of even short-term exposure to ozone on healthy, active adults in a study published in 2008. Testing the breathing capacity of these outdoor workers several times a day, researchers found that many lifeguards had greater obstruction in their airways when ozone levels were high. Because of this research, Galveston became the first city in the nation to install an air quality warning flag system on the beach.[9]

### How Ozone Pollution Harms Your Health

**Premature death.** Breathing ozone can shorten your life. Strong evidence exists of the deadly impact of ozone in large studies conducted in cities across the U.S., in Europe and in Asia. Researchers repeatedly found that the risk of premature death increased with higher levels of ozone.[10] Newer research has confirmed that ozone increased the risk of premature death even when other pollutants also exist.[11]

Even low levels of ozone may be deadly. A large study of 48 U.S. cities looked at the association between ozone and all-cause mortality during the summer months. Ozone concentrations by city in the summer months ranged from 16 percent to 80 percent lower than the U.S. Environmental Protection Agency (EPA) currently considers safe. Researchers found that ozone at those lower levels was associated with deaths from cardiovascular disease, strokes, and respiratory causes.[12]

**Immediate breathing problems.** Many areas in the United States produce enough ozone during the summer months to cause health problems that can be felt right away. Immediate problems—in addition to increased risk of premature death—include:

- shortness of breath, wheezing and coughing;
- asthma attacks;
- increased risk of respiratory infections;
- increased susceptibility to pulmonary inflammation; and
- increased need for people with lung diseases, like asthma or chronic obstructive pulmonary disease (COPD), to receive medical treatment and to go to the hospital.[13]

**Cardiovascular effects.** Inhaling ozone may affect the heart as well as the lungs. A 2006 study linked exposures to high ozone levels for as little as one hour to a particular type of cardiac arrhythmia that itself increases the risk of premature death and stroke.[14] A French study found that exposure to elevated ozone levels for one to two days increased the risk of heart attacks for middle-aged

adults without heart disease.[15] Several studies around the world have found increased risk of hospital admissions or emergency department visits for cardiovascular disease.[16]

**Long-term exposure risks.** New studies warn of serious effects from breathing ozone over longer periods. With more long-term data, scientists are finding that long-term exposure—that is, for periods longer than eight hours, including days, months or years—may increase the risk of early death.

- Examining the records from a long-term national database, researchers found a higher risk of death from respiratory diseases associated with increases in ozone.[17]
- New York researchers looking at hospital records for children's asthma found that the risk of admission to hospitals for asthma increased with chronic exposure to ozone. Younger children and children from low income families were more likely than other children to need hospital admissions even during the same time periods.[18]
- California researchers analyzing data from their long-term Southern California Children's Health Study found that some children with certain genes were more likely to develop asthma as adolescents in response to the variations in ozone levels in their communities.[19]
- Studies link lower birth weight and decreased lung function in newborns to ozone levels in their community.[20] This research provides increasing evidence that ozone may harm newborns.

Breathing other pollutants in the air may make your lungs more responsive to ozone—and breathing ozone may increase your body's response to other pollutants. For example, research warns that breathing sulfur dioxide and nitrogen oxide—two pollutants common in the eastern U.S.—can make the lungs react more strongly than to just breathing ozone alone. Breathing ozone may also increase the response to allergens in people with allergies. A large study published in 2009 found that children were more likely to suffer from hay fever and respiratory allergies when ozone and $PM_{2.5}$ levels were high.[21]

**EPA finds ozone causes harm.** The EPA released their most recent review of the current research on ozone pollution in February 2013.[22] The EPA had engaged a panel of expert scientists, the Clean Air Scientific Advisory Committee, to help them assess the evidence; in particular, they examined research published between 2006 and 2012. The EPA concluded that ozone pollution posed multiple, serious threats to health. Their findings are highlighted in the box below.

> **EPA Concludes Ozone Pollution Poses Serious Health Threats**
>
> - Causes respiratory harm (e.g. worsened asthma, worsened COPD, inflammation)
> - Likely to cause early death (both short-term and long-term exposure)
> - Likely to cause cardiovascular harm (e.g. heart attacks, strokes, heart disease, congestive heart failure)
> - May cause harm to the central nervous system
> - May cause reproductive and developmental harm
>
> —U.S. Environmental Protection Agency, *Integrated Science Assessment for Ozone and Related Photochemical Oxidants*, 2013. EPA/600/R-10/076F.

## Particle Pollution

Ever look at dirty truck exhaust?

The dirty, smoky part of that stream of exhaust is made of particle pollution. Overwhelming evidence shows that particle pollution—like that coming from that exhaust smoke—can kill. Particle pollution can increase the risk of heart disease, lung cancer and asthma attacks and can interfere with the growth and work of the lungs.

### What Is Particle Pollution?

Particle pollution refers to a mix of very tiny solid and liquid particles that are in the air we breathe. But nothing about particle pollution is simple. And it is so dangerous it can shorten your life.

**Size matters.** Particles themselves are different sizes. Some are one-tenth the diameter of a strand of hair. Many are even tinier; some are so small they can only be seen with an electron microscope. Because of their size, you can't see the individual particles. You can only see the haze that forms when millions of particles blur the spread of sunlight.

The differences in size make a big difference in how they affect us. Our natural defenses help us to cough or sneeze larger particles out of our bodies. But those defenses don't keep out smaller particles, those that are smaller than 10 microns (or micrometers) in diameter, or about one-seventh the diameter of a single human hair. These particles get trapped in the lungs, while the smallest are so minute that they can pass through the lungs into the bloodstream, just like the essential oxygen molecules we need to survive.

Researchers categorize particles according to size, grouping them as coarse, fine and ultrafine. Coarse particles fall between 2.5 microns and 10 microns in diameter and are called $PM_{10-2.5}$. Fine particles are 2.5 microns in diameter or smaller and are called $PM_{2.5}$. Ultrafine particles are smaller than 0.1 micron in diameter[23] and are small enough to pass through the lung tissue into the blood stream, circulating like the oxygen molecules themselves. No matter what the size, particles can harm your health.

**"A mixture of mixtures."** Because particles are formed in so many different ways, they can be composed of many different compounds. Although we often think of particles as solids, not all are. Some are completely liquid; some are solids suspended in liquids. As the EPA puts it, particles are really "a mixture of mixtures."[24]

The mixtures differ between the eastern and western United States and in different times of the year. For example, the Midwest, Southeast and Northeast states have more sulfate particles than the West on average, largely due to the high levels of sulfur dioxide emitted by large, coal-fired power plants. By contrast, nitrate particles from motor vehicle exhaust form a larger proportion of the unhealthful mix in the winter in the Northeast, Southern California, the Northwest, and North Central U.S.[25]

### Who Is at Risk?

Anyone who lives where particle pollution levels are high is at risk. Some people face higher risk, however. People at the greatest risk from particle pollution exposure include:

- Infants, children and teens[26];
- People over 65 years of age[27];
- People with lung disease such as asthma and chronic obstructive pulmonary disease (COPD), which includes chronic bronchitis and emphysema;
- People with heart disease[28] or diabetes[29];
- People with low incomes[30]; and
- People who work or are active outdoors.[31]

Diabetics face increased risk at least in part because of their higher risk for cardiovascular disease.[32] A 2010 study examined prevalence of diagnosed diabetes in relation to fine particle pollution in 2004-2005. The evidence suggested that air pollution is a risk factor for diabetes.[33]

### What Can Particles Do to Your Health?

Particle pollution can be very dangerous to breathe. Breathing particle pollution may trigger illness, hospitalization and premature death, risks that are showing up in new studies that validate earlier research.

Thanks to steps taken to reduce particle pollution, good news is growing from researchers who study the drop in year-round levels of particle pollution.



HUMAN HAIR
50-70μm *(microns)* in diameter

PM 2.5
Combustion particles, organic compounds, metals, etc.
<2.5μm *(microns)* in diameter

PM 10
Dust, pollen, mold, etc.
<10μm *(microns)* in diameter

90μm *(microns)* in diameter
FINE BEACH SAND

*Image courtesy of the U.S. EPA*

- Looking at air quality in 545 counties in the U.S. between 2000 and 2007, researchers found that people had approximately four months added to their life expectancy on average due to cleaner air. Women and people who lived in urban and densely populated counties benefited the most.[34]
- Another long-term study of six U.S. cities tracked from 1974 to 2009 added more evidence of the benefits. Their findings suggest that cleaning up particle pollution had almost immediate health benefits. They estimated that the U.S. could prevent approximately 34,000 premature deaths a year if the nation could lower annual levels of particle pollution by 1 μg/m$^3$.[35]

These studies add to the growing research that cleaning up air pollution improves life and health.[36] Other researchers estimated that reductions in air pollution can be expected to produce rapid improvements in public health, with fewer deaths occurring within the first two years after reductions.[37]

Researchers are exploring possible differences in health effects of the three sizes of particles and particles from different sources, such as diesel particles from trucks and buses or sulfates from coal-fired power plants. So far, the evidence remains clear that particles of all sizes from all sources can be dangerous.[38]

### Short-Term Exposure Can Be Deadly

First and foremost, short-term exposure to particle pollution can kill. Peaks or spikes in particle pollution can last for hours to days. Deaths can occur on the very day that particle levels are high, or within one to two months afterward. Particle pollution does not just make people die a few days earlier than they might otherwise—these are deaths that would not have occurred if the air were cleaner.[39]

Particle pollution also diminishes lung function, causes greater use of asthma medications and increased rates of school absenteeism, emergency room visits and hospital admissions. Other adverse effects can be coughing, wheezing, cardiac arrhythmias and heart attacks. According to the findings from some of the latest studies, short-term increases in particle pollution have been linked to:

- death from respiratory and cardiovascular causes, including strokes[40,41,42,43];
- increased mortality in infants and young children[44];
- increased numbers of heart attacks, especially among the elderly and in people with heart conditions[45];
- inflammation of lung tissue in young, healthy adults[46];
- increased hospitalization for cardiovascular disease, including strokes and congestive heart failure[47,48,49];
- increased emergency room visits for patients suffering from acute respiratory ailments[50];
- increased hospitalization for asthma among children[51,52,53]; and
- increased severity of asthma attacks in children.[54]

Again, the impact of even short-term exposure to particle pollution on healthy adults showed up in the Galveston lifeguard study. In addition to the harmful effects of ozone pollution, lifeguards had reduced lung volume at the end of the day when fine particle levels were high.[55]

### Year-Round Exposure

Breathing high levels of particle pollution day in and day out also can be deadly, as landmark studies in the 1990s conclusively showed[56] and as other studies confirmed.[57] Chronic exposure to particle pollution can shorten life by one to three years.[58]

In late 2013, the International Agency for Research on Cancer, part of the World Health Organization, concluded that particle pollution could cause lung cancer. The IARC reviewed the most recent research and reported that the risk of lung cancer increases as the particle levels rise.[59]

Year-round exposure to particle pollution has also been linked to:

- increased hospitalization for asthma attacks for children living near roads with heavy truck or trailer traffic[60,61];
- slowed lung function growth in children and teenagers[62,63];
- significant damage to the small airways of the lungs[64];
- increased risk of death from cardiovascular disease[65]; and
- increased risk of lower birth weight and infant mortality.[66]

Research into the health risks of 65,000 women over age 50 found that those who lived in areas with higher levels of particle pollution faced a much greater risk of dying from heart disease than had been previously estimated. Even women who lived

within the same city faced differing risks depending on the annual levels of pollution in their neighborhood.[67]

The EPA completed their most recent review of the current research on particle pollution in December 2009.[68] The EPA had engaged a panel of expert scientists, the Clean Air Scientific Advisory Committee, to help them assess the evidence. The EPA concluded that particle pollution caused multiple, serious threats to health. Their findings are highlighted in the box below.

> **EPA Concludes Fine Particle Pollution Poses Serious Health Threats**
> - Causes early death (both short-term and long-term exposure)
> - Causes cardiovascular harm (e.g. heart attacks, strokes, heart disease, congestive heart failure)
> - Likely to cause respiratory harm (e.g. worsened asthma, worsened COPD, inflammation)
> - May cause cancer
> - May cause reproductive and developmental harm
>
> —U.S. Environmental Protection Agency, Integrated Science Assessment for Particulate Matter, December 2009. EPA 600/R-08/139F.

### Where Does Particle Pollution Come From?

Particle pollution is produced through two separate processes—mechanical and chemical.

Mechanical processes break down bigger bits into smaller bits with the material remaining essentially the same, only becoming smaller. Mechanical processes primarily create coarse particles.[69] Dust storms, construction and demolition, mining operations, and agriculture are among the activities that produce coarse particles. Tire, brake pad and road wear can also create coarse particles. Bacteria, pollen, mold, and plant and animal debris are also included as coarse particles.[70]

By contrast, chemical processes in the atmosphere create most of the tiniest fine and ultrafine particles. Combustion sources burn fuels and emit gases. These gases can vaporize and then condense to become a particle of the same chemical compound. Or, they can react with other gases or particles in the atmosphere to form a particle of a different chemical compound. Particles formed by this latter process come from the reaction of elemental carbon (soot), heavy metals, sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$) and volatile organic compounds with water and other compounds in the atmosphere.[71] Burning fossil fuels in factories, power plants, steel mills, smelters, diesel- and gasoline-powered motor vehicles (cars and trucks) and equipment generate a large part of the raw materials for fine particles. So does burning wood in residential fireplaces and wood stoves or burning agricultural fields or forests.

## Focusing on Children's Health

Children face special risks from air pollution because their lungs are growing and because they are so active.

Just like the arms and legs, the largest portion of a child's lungs will grow long after he or she is born. Eighty percent of their tiny air sacs develop after birth. Those sacs, called the alveoli, are where the life-sustaining transfer of oxygen to the blood takes place. The lungs and their alveoli aren't fully grown until children become adults.[72] In addition, the body's defenses that help adults fight off infections are still developing in young bodies.[73] Children have more respiratory infections than adults, which also seems to increase their susceptibility to air pollution.[74]

Furthermore, children don't behave like adults, and their behavior also affects their vulnerability. They are outside for longer periods and are usually more active when outdoors. Consequently, they inhale more polluted outdoor air than adults typically do.[75]

### Air Pollution Increases Risk of Underdeveloped Lungs

The Southern California Children's Health study looked at the long-term effects of particle pollution on teenagers. Tracking 1,759 children who were between ages 10 and 18 from 1993 to 2001, researchers found that those who grew up in more polluted areas face the increased risk of having underdeveloped lungs, which may never recover to their full capacity. The average drop in lung function was 20 percent below what was expected for the child's age, similar to the impact of growing up in a home with parents who smoked.[76]

Community health studies are pointing to less obvious, but serious effects from year-round exposure to ozone, especially for children. Scientists followed 500 Yale University students and

determined that living just four years in a region with high levels of ozone and related co-pollutants was associated with diminished lung function and frequent reports of respiratory symptoms.[77] A much larger study of 3,300 school children in Southern California found reduced lung function in girls with asthma and boys who spent more time outdoors in areas with high levels of ozone.[78]

### Cleaning Up Pollution Can Reduce Risk to Children

There is also real-world evidence that reducing air pollution can help protect children.

A just-published follow-up to that Southern California Children's Health study showed that reducing pollution could improve children's health. This time they tracked a different group of 863 children living in the same area, but growing up between 2007 and 2011, when the air in Southern California was much cleaner. They compared these children to those who had been part of their earlier studies when the air was dirtier. Children growing up in the cleaner air had much greater lung function, a benefit that may help them throughout their lives. As the researchers noted, their study suggested that "all children have the potential to benefit from improvements in air quality." [79]

In Switzerland, particle pollution dropped during a period in the 1990s. Researchers there tracked 9,000 children over a nine-year period, following their respiratory symptoms. After taking other factors such as family characteristics and indoor air pollution into account, the researchers noted that during the years with less pollution, the children had fewer episodes of chronic cough, bronchitis, common cold, and conjunctivitis symptoms.[80]

## Disparities in the Impact of Air Pollution

The burden of air pollution is not evenly shared. Poorer people and some racial and ethnic groups are among those who often face higher exposure to pollutants and who may experience greater responses to such pollution. Many studies have explored the differences in harm from air pollution to racial or ethnic groups and people who are in a low socioeconomic position, have less education, or live nearer to major sources,[81] including a workshop the American Lung Association held in 2001 that focused on urban air pollution and health inequities.[82]

Many studies have looked at differences in the impact on premature death. Results have varied widely, particularly for effects between racial groups. Some studies have found no differences among races,[83] while others found greater responsiveness for Whites and Hispanics, but not African Americans,[84] or for African Americans but not other races or ethnic groups.[85] Other researchers have found greater risk for African Americans from air toxics, including those pollutants that also come from traffic sources.[86]

Socioeconomic position has been more consistently associated with greater harm from air pollution. Recent studies show evidence of that link. Low socioeconomic status consistently increased the risk of premature death from fine particle pollution among 13.2 million Medicare recipients studied in the largest examination of particle pollution mortality nationwide.[87] In the 2008 study that found greater risk for premature death for African Americans, researchers also found greater risk for people living in areas with higher unemployment or higher use of public transportation.[88] A 2008 study of Washington, DC found that while poor air quality and worsened asthma went hand-in-hand in areas where Medicaid enrollment was high, the areas with the highest Medicaid enrollment did not always have the strongest association of high air pollution and asthma attacks.[89] However, two other recent studies in France have found no association with lower income and asthma attacks.[90]

Scientists have speculated that there are three broad reasons why disparities may exist. First, groups may face greater exposure to pollution because of factors ranging from racism to class bias to housing market dynamics and land costs. For example, pollution sources may be located near disadvantaged communities, increasing exposure to harmful pollutants. Second, low social position may make some groups more susceptible to health threats because of factors related to their disadvantage. Lack of access to health care, grocery stores and good jobs, poorer job opportunities, dirtier workplaces or higher traffic exposure are among the factors that could handicap groups and increase the risk of harm. Finally, existing health conditions, behaviors, or traits may predispose some groups to greater risk. For example, diabetics are

among the groups most at risk from air pollutants, and the elderly, African Americans, Mexican Americans and people living near a central city have higher incidence of diabetes.[91]

Communities of color also may be more likely to live in counties with higher levels of pollution. Non-Hispanic Blacks and Hispanics were more likely to live in counties that had worse problems with particle pollution, researchers found in a 2011 analysis. Non-Hispanic Blacks were also more likely to live in counties with worse ozone pollution. Income groups, by contrast, differed little in these exposures. However, since few rural counties have monitors, the primarily older, non-Hispanic white residents of those counties lack information about the air quality in their communities.[92]

Unemployed people, those with low income or low education and non-Hispanic Blacks were found to be more likely to live in areas with higher exposures to particle pollution in a 2012 study. However, the different racial/ethnic and income groups were breathing often very different kinds of particles; the different composition and structure of these particles may have different health impacts.[93]

### Highways May Be Especially Dangerous for Breathing

Being in heavy traffic, or living near a road, may be even more dangerous than being in other places in a community. Growing evidence shows that the vehicle emissions coming directly from those highways may be higher than in the community as a whole, increasing the risk of harm to people who live or work near busy roads.

The number of people living "next to a busy road" may include 30 to 45 percent of the urban population in North America, according to the most recent review of the evidence. In January 2010, the Health Effects Institute published a major review of the evidence by a panel of expert scientists. The panel looked at over 700 studies from around the world, examining the health effects. They concluded that traffic pollution causes asthma attacks in children, and may cause a wide range of other effects including: the onset of childhood asthma, impaired lung function, premature death and death from cardiovascular diseases, and cardiovascular morbidity. The area most affected, they concluded, was roughly 0.2 mile to 0.3 mile (300 to 500 meters) from the highway.[94]

Children and teenagers are among the most vulnerable—though not the only ones at risk. A Danish study found that long-term exposure to traffic air pollution may increase the risk of developing chronic obstructive pulmonary disease (COPD). They found that those most at risk were people who already had asthma or diabetes.[95] Studies have found increased risk of premature death from living near a major highway or an urban road.[96] Another study found an increase in risk of heart attacks from being in traffic, whether driving or taking public transportation.[97] Urban women in a Boston study experienced decreased lung function associated with traffic-related pollution.[98]

### How to Protect Yourself from Ozone and Particle Pollution

To minimize your exposure to ozone and particle pollution:

- Pay attention to forecasts for high air pollution days to know when to take precautions;
- Avoid exercising near high-traffic areas;
- Avoid exercising outdoors when pollution levels are high, or substitute an activity that requires less exertion;
- Do not let anyone smoke indoors and support measures to make all places smokefree; and
- Reduce the use of fireplaces and wood-burning stoves.

Bottom line: Help yourself and everyone else breathe easier. Support national, state and local efforts to clean up sources of pollution. Your life and the life of someone you love may depend on it.

---

1. Ozone and particle pollution are the most widespread, but they aren't the only serious air pollutants. Others include carbon monoxide, lead, nitrogen dioxide, and sulfur dioxide, as well as scores of toxins such as mercury, arsenic, benzene, formaldehyde, and acid gases. However, the monitoring networks are not as widespread nationwide for the other pollutants.

2. U.S. Environmental Protection Agency. *Integrated Science Assessment of Ozone and Related Photochemical Oxidants (Final Report)*. U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-10/076F, 2013.

3. Mar TF, Koenig JQ. Relationship between visits to emergency departments for asthma and ozone exposure in greater Seattle, Washington. *Ann Allergy Asthma Immunol*. 2009; 103: 474-479. Villeneuve PJ, Chen L, Rowe BH, Coates F. Outdoor air pollution and emergency department visits for asthma among children and adults: A case-crossover study in northern Alberta, Canada. *Environ Health Global Access Sci Source*. 2007; 6: 40.

4. Medina-Ramón M, Schwartz J. Who is more vulnerable to die from ozone air pollution? *Epidemiology*. 2008; 19: 672-679.

5. Thaller EI, Petronell SA, Hochman D, Howard S, Chhikara RS, Brooks EG. Moderate Increases in Ambient PM 2.5 and Ozone Are Associated With Lung Function Decreases in Beach Lifeguards. *J Occp Environ Med*. 2008; 50: 202-211; Sawyer K, Brown J, Hazucha M, Bennett WD. The effect of exercise on nasal uptake of ozone in healthy human adults. *J Appl Physiol*. 2007;102: 1380-1386; Hu SC, Ben-Jebria A, Ultman JS. Longitudinal distribution of ozone absorption in the lung: Effects of respiratory flow. *J Appl Physiol*. 1994; 77: 574-583.

6. Horstman DH, Ball BA, Brown J, Gerrity T, Folinsbee LJ. Comparison of pulmonary responses of asthmatic and nonasthmatic subjects performing light exercise while exposed to a low level of ozone. *Toxicol Ind Health*. 1995; 11: 369-385; Kreit JW, Gross KB, Moore TB, Lorenzen TJ, D'Arcy J, Eschenbacher WL. Ozone-induced changes in pulmonary function and bronchial responsiveness in asthmatics. *J Appl Physiol*. 1989; 66: 217-222; Medina-Ramón M, Zanobetti A, Schwartz J. The Effect of Ozone and PM10 on Hospital Admissions for Pneumonia and Chronic Obstructive Pulmonary Disease: a national multicity study. *Am J Epidemiol*. 2006; 163(6):579-588.

7. Peel JL, Metzger KB, Klein M, Flanders WD, Mulholland JA, Tolbert PE. Ambient air pollution and cardiovascular emergency department visits in potentially sensitive groups. *Am J Epidemiol*. 2007; 165: 625-633; Medina-Ramón and Schwartz, 2008; Medina-Ramón M, Zanobetti A, Schwartz J, 2006.

8. Medina-Ramón and Schwartz, 2008; Stafoggia M, Forastiere F, Faustini A, Biggeri A, Bisanti L, et al. Susceptibility factors to ozone-related mortality: A population-based case-crossover analysis. *Am J Respir Crit Care Med*. 2010; 182: 376-384; Jerrett M, Burnett RT, Pope CA III, Ito K, Thurston G, Krewski D, Shi Y, Calle E, Thun M. Long-term ozone exposure and mortality. *N Engl J Med*. 2009;360: 1085-1095; Alexeeff SE, Litonjua AA, Suh H, Sparrow D, Vokonas PS, Schwartz J. Ozone exposure and lung function: Effect modified by obesity and airways hyperresponsiveness in the VA Normative Aging Study. *Chest*. 2007; 132: 1890-1897; McDonnell WF, Stewart PW, Smith MV. Prediction of ozone-induced lung function responses in humans. *Inhal Toxicol*. 2010; 22: 160-168. Lin S, Liu X, Le LH, Hwang SA. Chronic exposure to ambient ozone and asthma hospital admissions among children. *Environ Health Perspect*. 2008; 116: 1725-1730; Burra TA, Moineddin R, Agha MM, Glazier RH. Social disadvantage, air pollution, and asthma physician visits in Toronto, Canada. *Environ Res*. 2009;109: 567-574.

9. Thaller, et al., 2008.

10. Bell ML, McDermott A, Zeger SL, Samet JM, Dominici F. Ozone and short-term mortality in 95 US urban communities, 1987-2000. *JAMA*. 2004; 292:2372-2378. Gryparis A, Forsberg B, Katsouyanni K, et al. Acute Effects of Ozone on Mortality from the "Air Pollution and Health: a European approach" project. *Am J Respir Crit Care Med*. 2004; 170: 1080-1087. Bell ML, Dominici F, and Samet JM. A Meta-Analysis of Time-Series Studies of Ozone and Mortality with Comparison to the National Morbidity, Mortality, and Air Pollution Study. *Epidemiology*. 2005; 16:436-445. Levy JI, Chermerynski SM, Sarnat JA. Ozone Exposure and Mortality: an empiric Bayes metaregression analysis. *Epidemiology*. 2005; 16:458-468. Ito K, De Leon SF, Lippmann M. Associations Between Ozone and Daily Mortality: analysis and meta-analysis. *Epidemiology*. 2005; 16:446-429.

11. Zanobetti A, Schwartz J. Mortality displacement in the association of ozone with mortality: an analysis of 48 cities in the United States. *Am J Respir Crit Care Med*. 2008; 177:184-189; Katsouyanni K, Samet JM, Anderson HR, Atkinson R, Le Tertre A, et al. *Air pollution and health: A European and North American approach (APHENA)*. Boston, MA: Health Effects Institute, 2009; Samoli E, Zanobetti A, Schwartz J, Atkinson R, Le Tertre A, et al. The temporal pattern of mortality responses to ambient ozone in the APHEA project. *J Epidemiol Community Health*. 2009; 63: 960-966; Stafoggia M, et al, 2010.

12. Zanobetti and Schwartz. 2008.

13. Gent JF, Triche EW, Holford TR, Belanger K, Bracken MB, Beckett WS, Leaderer BP. Association of Low-Level Ozone and Fine Particles with Respiratory Symptoms in Children with Asthma. *JAMA*. 2003; 290:1859-1867; Desqueyroux H, Pujet JC, Prosper M, Squinazi F, Momas I. Short-Term Effects of Low-Level Air Pollution on Respiratory Health of Adults Suffering from Moderate to Severe Asthma. *Environ Res*. 2002; 89:29-37; Burnett RT, Brook JR, Yung WT, Dales RE, Krewski D. Association between Ozone and Hospitalization for Respiratory Diseases in 16 Canadian Cities. *Environ Res*. 1997; 72:24-31; Medina-Ramón M, Zanobetti A, Schwartz J. The Effect of Ozone and PM10 on Hospital Admissions for Pneumonia and Chronic Obstructive Pulmonary Disease: a national multicity study. *Am J Epidemiol*. 2006; 163(6):579-588.

14. Rich DQ, Mittleman MA, Link MS, Schwartz J, Luttmann-Gibson H, Catalano PJ, Speizer FE, Gold DR, Dockery DW. Increased Risk of Paroxysmal Atrial Fibrillation Episodes Associated with Acute Increases in Ambient Air Pollution. *Environ Health Perspect*. 2006; 114:120-123.

15. Ruidavets J-B, Cournot M, Cassadou S, Giroux M, Meybeck M, Ferrières J. Ozone Air Pollution is Associated with Acute Myocardial Infarction. *Circulation*. 2005; 111:563-569.

16. Azevedo JM, Gonçalves FL, de Fátima Andrade M. Long-range ozone transport and its impact on respiratory and cardiovascular health in the north of Portugal. *Int J Biometeorol*. 2011; 55: 187-202; Linares C, Diaz J. Short-term effect of concentrations of fine particulate matter on hospital admissions due to cardiovascular and respiratory causes among the over-75 age group in Madrid, Spain. *Public Health*. 2010; 124: 28-36; Middleton N, Yiallouros P, Kleanthous S, Kolokotroni O, Schwartz J, et al. A 10-year time-series analysis of respiratory and cardiovascular morbidity in Nicosia, Cyprus: The effect of short-term changes in air pollution and dust storms. *Environ Health*. 2008; 7: 39; Lee JT, Kim H, Cho YS, Hong YC, Ha EH, Park H. Air pollution and hospital admissions for ischemic heart diseases among individuals 64+ years of age residing in Seoul, Korea. *Arch Environ Health*. 2003; 58: 617-623; Wong TW, Lau TS, Yu TS, Neller A, Wong SL, Tam W, Pang SW. Air pollution and hospital admissions for respiratory and cardiovascular diseases in Hong Kong. *Occup Environ Med*. 1999; 56: 679-683.

17. Jerrett, et al., 2009.

18. Lin S, Liu X, Le LH, and Hwang S-A. Chronic exposure to ambient ozone and asthma hospital admissions among children. *Environ Health Perspect*. 2008; 116:1725-1730.

19. Islam T, McConnell R, Gauderman WJ, Avol E, Peters JM, and Gilliland F, Ozone, oxidant defense genes, and risk of asthma during adolescence. *Am J Respir Crit Care Med*. 2009; 177(4):388-395.

20. Salam MT, Millstein J, Li YF, Lurmann FW, Margolis HG, Gilliland FD. Birth outcomes and prenatal exposure to ozone, carbon monoxide, and particulate matter: Results from the Children's Health Study. *Environ Health Perspect*. 2005; 113: 1638-1644; Morello-Frosch R, Jesdale BM, Sadd JL, Pastor M. Ambient air pollution exposure and full-term birth weight in California. *Environ Health*. 2010; 9: 44; Hansen CA, Barnett AG, Pritchard G. The effect of ambient air pollution during early pregnancy on fetal ultrasonic measurements during mid-pregnancy. *Environ Health Perspect*. 2008; 116: 362-369; Mannes T, Jalaludin B, Morgan G, Lincoln D, Sheppeard V, Corbett S. Impact of ambient air pollution on birth weight in Sydney, Australia. *Occup Environ Med*. 2005; 62: 524-530.

21. Parker JD, Akinbami LJ, Woodruff TJ. Air Pollution and Childhood Respiratory Allergies in the United States. *Environ Health Perspect*. 2009; 117:140-147.

22. U.S. EPA., 2013.

23. U.S. EPA. Integrated Science Assessment for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-08/139F, 2009. Available at http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546

24. U.S. EPA. Air Quality Criteria for Particulate Matter, October 2004. Available at http://cfpub2.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903.

25. U.S. EPA, 2009.

26. Mar TF, Larson TV, Stier RA, Claiborn C, Koenig JQ. An analysis of the association between respiratory symptoms in subjects with asthma and daily air pollution in Spokane, Washington. *Inhal Toxicol*. 2004; 16: 809-815; Peel JL; Tolbert PE; Klein M; Metzger KB, Flanders WD, Knox T; Mulholland JA, Ryan PB, Frumkin H. Ambient air pollution and respiratory emergency department visits. *Epidemiology*, 2005; 16: 164-174.

27. Barnett AG, Williams GM, Schwartz J, Best TL, Neller AH, Petroeschevsky AL, Simpson RW. The effects of air pollution on hospitalizations for cardiovascular disease in elderly people in Australian and New Zealand cities. *Environ Health Perspect*, 2006; 114: 1018-1023.

28. Peel JL, Metzger KB, Klein M, Flanders WD, Mulholland JA, Tolbert PE. Ambient air pollution and cardiovascular emergency department visits in potentially sensitive groups. *Am J Epidemiol*. 2007; 165: 625-633. Pope CA III, Dockery DW. Health Effects of Fine Particulate Air Pollution: Lines that Connect. *J Air Waste Mange Assoc*. 2006; 56:709-742.

29. Zanobetti A, Schwartz J. Are Diabetics More Susceptible to the Health Effects of Airborne Particles? *Am J Respir Crit Care Med*. 2001; 164: 831-833. National Research Council. Research Priorities for Airborne Particulate Matter: IV. Continuing Research Progress. Washington, DC: The National Academies Press, 2004.

30. Ostro B, Broadwin R, Green S, Feng WY, Lipsett M. Fine particulate air pollution and mortality in nine California counties: results from CALFINE. *Environ Health Perspect*. 2006: 114: 29-33; Ostro B, Feng WY, Broadwin R, Malig B, Green S, Lipsett M. The Impact of Components of Fine Particulate Matter on Cardiovascular Mortality in Susceptible Subpopulations. *Occup Environ Med*. 2008; 65(11):750-6.

31. U.S. EPA, 2009.

32. Miller, 2007; O'Neill MS, Veves A, Zanobetti A, Sarnat JA, Gold DR, Economides PA, Horton ES, Schwartz J. Diabetes Enhances Vulnerability to Particulate Air Pollution-Associated Impairment in Vascular Reactivity and Endothelial Function. *Circulation*. 2005; 111:2913-2920;

33. Pearson JF, Bachireddy C, Shyamprasad S, Goldfinre AB, Brownstein JS. Association Between Fine Particulate Matter and Diabetes Prevalence in the U.S. *Diabetes Care*. 2010; 10: 2196-2201.

34. Correia AW, Pope CA III, Dockery DW, Wang Y, Ezzati M, Domenici F. Effect of Air Pollution Control on Life Expectancy in the United States: An Analysis of 545 U.S. Counties for the Period from 2000 to 2007. *Epidemiology*. 2013; 24(1): 23-31.

35. Lepeule J, Laden F, Docker D, Schwartz J. Chronic Exposure to Fine Particles and Mortality: An Extended Follow-up of the Harvard Six Cities Study from 1974 to 2009. *Environ Health Perspect*. 2012; 120:965-970.

36. Pope and Dockery, 2006.

37. Schwartz J, Coull B, Laden F, Ryan L. The Effect of Dose and Timing of Dose on the Association between Airborne Particles and Survival. *Environ Health Perspect*. 2008; 116:64-69.

38. Pope and Dockery, 2006.

39. Zanobetti A, Schwartz J, Samoli E, Gryparis A, Tuoloumi G, Peacock J, Anderson RH, Le Tertre A, Bobros J, Celko M, Goren A, Forsberg B, Michelozzi P, Rabczenko D, Perez Hoyos S, Wichmann HE, Katsouyanni K. The Temporal Pattern of Respiratory and Heart Disease Mortality in Response to Air Pollution. *Environ Health Perspect*. 2003; 111:1188-1193; Dominici F, McDermott A, Zeger SL, Samet JM. Airborne Particulate Matter and Mortality: Timescale Effects in Four US Cities. *Am J Epidemiol*. 2003; 157:1055-1065.

40. Dominici F, McDermott A, Zeger SL, Samet JM. On the Use of Generalized Additive Models in Time-Series Studies of Air Pollution and Health. *Am J Epidemiol*. 2002; 156:193-203.

41. Hong Y-C, Lee J-T, Kim H, Ha E-H, Schwartz J, Christiani DC. Effects of Air Pollutants on Acute Stroke Mortality. *Environ Health Perspect*. 2002; 110:187-191.

42. Tsai SS, Goggins WB, Chiu HF, Yang CY. Evidence for an Association Between Air Pollution and Daily Stroke Admissions in Kaohsiung, Taiwan. *Stroke*. 2003; 34: 2612-6.

43. Wellenius GA, Schwartz J, Mittleman MA. Air Pollution and Hospital Admissions for Ischemic and Hemorrhagic Stroke Among Medicare Beneficiaries. *Stroke*. 2005; 36:2549-2553.

44. Pope and Dockery, 2006.

45. D'Ippoliti D, Forastiere F, Ancona C, Agabity N, Fusco D, Michelozzi P, Perucci CA. Air Pollution and Myocardial Infarction in Rome: a case-crossover analysis. *Epidemiology*. 2003;14:528-535. Zanobetti A, Schwartz J. The Effect of Particulate Air Pollution on Emergency Admissions for Myocardial Infarction: a multicity case-crossover analysis. *Environ Health Perspect*. 2005; 113:978-982.

46. Ghio AJ, Kim C, Devlin RB. Concentrated Ambient Air Particles Induce Mild Pulmonary Inflammation in Healthy Human Volunteers. *Am J Respir Crit Care Med*. 2000; 162(3 Pt 1):981-988.

47. Metzger KB, Tolbert PE, Klein M, Peel JL, Flanders WD, Todd K, Mulholland JA, Ryan PB, Frumkin H. Ambient Air Pollution and Cardiovascular Emergency Department Visits in Atlanta, Georgia, 1993-2000. *Epidemiology*. 2004; 15: 46-56.

48. Tsai, et al., 2003.

49. Wellenius GA, Schwartz J, Mittleman MA. Particulate Air Pollution and Hospital Admissions for Congestive Heart Failure in Seven United States Cities. *Am J Cardiol*. 2006; 97 (3):404-408; Wellenius GA, Bateson TF, Mittleman MA, Schwartz J. Particulate Air Pollution and the Rate of Hospitalization for Congestive Heart Failure among Medicare Beneficiaries in Pittsburgh, Pennsylvania. *Am J Epidem*. 2005; 161:1030-1036.

50. Van Den Eeden SK, Quesenberry CP Jr, Shan J, Lurmann F. *Particulate Air Pollution and Morbidity in the California Central Valley: a high particulate pollution region*. Final Report to the California Air Resources Board, 2002.

51. Lin M, Chen Y, Burnett RT, Villeneuve PJ, Kerwski D. The Influence of Ambient Coarse Particulate Matter on Asthma Hospitalization in Children: case-crossover and time-series analyses. *Environ Health Perspect*. 2002; 110:575-581.

52. Norris G, YoungPong SN, Koenig JQ, Larson TV, Sheppard L, Stout JW. An Association Between Fine Particles and Asthma Emergency Department Visits for Children in Seattle. *Environ Health Perspect*. 1999;107:489-493.

53. Tolbert PE, Mulholland JA, MacIntosh DD, Xu F, Daniels D, Devine OJ, Carlin BP, Klein M, Dorley J, Butler AJ, Nordenberg DF, Frumkin H, Ryan PB, White MC. Air Quality and Pediatric Emergency Room Visits for Asthma in Atlanta, Georgia. *Am J Epidemiol*. 2000; 151:798-810.

54. Slaughter JC, Lumley T, Sheppard L, Koenig JQ, Shapiro, GG. Effects of Ambient Air Pollution on Symptom Severity and Medication Use in Children with Asthma. *Ann Allergy Asthma Immunol*. 2003; 91:346-353.

55. Thaller, et al., 2008.

56. Dockery DW, Pope CA III, Xu X, Spengler JD, Ware JH, Fay ME, Ferris BG, Speizer FE. An Association Between Air Pollution and Mortality in Six U.S. Cities. *N Engl J Med*. 1993; 329:1753-1759. Pope CA, Thun MJ, Namboodiri MM, Dockery DW, Evans JS, Speizer FE, Heath CW. Particulate Air Pollution as a Predictor of Mortality in a Prospective Study of U.S. Adults. *Am J Respir Crit Care Med*. 1995; 151:669-674.

57. Zanobetti A, Schwartz J. The effect of fine and coarse particulate air pollution on mortality: A national analysis. *Environ Health Perspect*. 2009; 117:1-40 2009; Krewski D; Jerrett M; Burnett RT; Ma R; Hughes E; Shi Y; Turner MC; Pope AC III; Thurston G; Calle EE; Thun MJ. Extended follow-up and spatial analysis of the American Cancer Society study linking particulate air pollution and mortality. Report Nr. 140 (Cambridge, MA: Health Effects Institute, 2009); Franklin M, Zeka A, Schwartz J. Association between $PM_{2.5}$ and all-cause and specific cause mortality in 27 U.S. communities. *J Expo Sci Environ Epidemiol*. 2007; 18: 1005-1011. 2007 Lepeule et al, 2012; Pope CA III, Burnett RT, Thun MJ, Calle EE, Krewski D, Ito K, Thurston GD. Lung Cancer, Cardiopulmonary Mortality, and Long-Term Exposure to Fine Particulate Air Pollution. *JAMA*. 2002; 287(9):1132-1141.

58. Pope CA III. *Epidemiology* of Fine Particulate Air Pollution and Human Health: biological mechanisms and who's at risk? *Environ Health Perspect*. 2000;108: 713-723.

59. Hamra GB, Guha N, Cohen A, Laden F, Raaschou-Nielsen O, Samet JM, Vineis P, Forastiere F, Saldiva P, Yorifuji T, and Loomis D. Outdoor Particulate Mater Exposure and Lung Cancer: A Systematic Review and Meta-Analysis. *Environ Health Perspect*. 2014: 122: 906-911.

60. Lin S, Munsie JP, Hwang SA, Fitzgerald E, Cayo MR. Childhood Asthma Hospitalization and Residential Exposure to State Route Traffic. *Environ Res*. 2002; 88:73-81.

61. Gauderman WJ, Vora H, McConnell R, Berhane K, Gilliland GF, Thomas D, Lurmann F, Avol E, Küenzli N, Jarrett M, Peters J. Effect of Exposure to Traffic on Lung Development from 10 to 18 Years of Age: a cohort study. *Lancet*. 2007; 369:571-577.

62. Gauderman WJ, Gilliland GF, Vora H, Avol E, Stram D, McConnell R, Thomas D, Lurmann F, Margolis HG, Rappaport EB, Berhane K, Peters JM. Association between Air Pollution and Lung Function Growth in Southern California Children: results from a second cohort. *Am J Respir Crit Care Med*. 2002;166:76-84.

63. Gauderman WJ, Avol E, Gilliland F, Vora H, Thomas D, Berhane K, McConnell R, Kuenzli N, Lurmann F, Rappaport E, Margolis H, Bates D, Peters J. The effect of air pollution on lung development from 10 to 18 years of age. *N Engl J Med*. 2004; 351:1057-1067.

64. Churg, A Brauer, M, Avila-Casado, MdC, Fortoul TI, Wright JL. Chronic Exposure to High Levels of Particulate Air Pollution and Small Airway Remodeling. *Environ Health Perspect*. 2003; 111: 714-718.

65. Pope CA III, Burnett RT, Thurston GD, Thun MJ, Calle EE, Krewski D, Godleski JJ. Cardiovascular Mortality and Year-round Exposure to Particulate Air Pollution: epidemiological evidence of general pathophysiological pathways of disease. *Circulation*. 2004; 109:71-77.

66. Bell ML, Ebisu K, Belanger K. Ambient Air Pollution and low birth weight in Connecticut and Massachusetts. *Environ Health Perspect*. 2007; 115: 118-24; Ritz B, Wilhelm M, Zhao Y. Air pollution and infant death in southern California, 2989-2000. *Pediatrics*. 2006; 118: 493-502; Woodruff TJ, parker JD, Schoendorf KC. Fine particulate matter (PM 2.5) air pollution and selected causes of postneonatal infant mortality in California. *Environ Health Perspect*. 2006; 114: 785-790.

67. Miller KA, Siscovick DS, Shepard L, Shepherd K, Sullivan JH, Anderson GL, Kaufman JD. Long-Term Exposure to Air Pollution and Incidence of Cardiovascular Events in Women. *N Engl J Med*. 2007; 356: 447-458.

68. U.S. EPA, 2009.

69. U.S. EPA, 2009.

70. U.S. EPA, 2009.

71. U.S. EPA, 2009.

72. Dietert RR, Etzel RA, Chen D, et al. Workshop to Identify Critical Windows of Exposure for Children's Health: immune and respiratory systems workgroup summary. *Environ Health Perspect*. 2000; 108 (supp 3); 483-490.

73. World Health Organization: The Effects of Air Pollution on Children's Health and Development: a review of the evidence E86575. 2005. Available at http://www.euro.who.int/document/E86575.pdf .

74. WHO, 2005.

75. American Academy of Pediatrics Committee on Environmental Health, Ambient Air Pollution: health hazards to children. *Pediatrics*. 2004; 114: 1699-1707. Statement was reaffirmed in 2010.

76. Gauderman et al., 2004.

77. Galizia A, Kinney PL. Year-round Residence in Areas of High Ozone: association with respiratory health in a nationwide sample of nonsmoking young adults. *Environ Health Perspect*. 1999; 107:675-679.

78. Peters JM, Avol E, Gauderman WJ, Linn WS, Navidi W, London SJ, Margolis H, Rappaport E, Vora H, Gong H, Thomas DC. A Study of Twelve Southern California Communities with Differing Levels and Types of Air Pollution. II. Effects on Pulmonary Function. *Am J Respir Crit Care Med*. 1999; 159:768-775.

79. Gauderman WJ, Urman R, Avol E, Berhane K, McConnell R, Rapport E, Chang R, Lurmann F Gilliand F. Association of Improved Aur Quality with Kung Development in children. *N Eng J Med*. 2015; (372: 905-913.

80. Bayer-Oglesby L, Grize L, Gassner M, Takken-Sahli K, Sennhauser FH, Neu U, Schindler C, Braun-Fahrländer C. Decline of Ambient Air Pollution Levels and Improved Respiratory Health in Swiss Children. *Environ Health Perspect*. 2005; 113:1632-1637.

81. Institute of Medicine. *Toward Environmental Justice: Research, Education, and Health Policy Needs*. Washington, DC: National Academy Press, 1999; O'Neill MS, Jerrett M, Kawachi I, Levy JI, Cohen AJ, Gouveia N, Wilkinson D, Fletcher T, Cifuentes L, Schwartz J et al. Health, Wealth, and Air Pollution: Advancing Theory and Methods. *Environ Health Perspect*. 2003: 111: 1861-1870; Finkelstein MM; Jerrett M; DeLuca P; Finkelstein N; Verma DK, Chapman K, Sears MR. Relation Between Income, Air Pollution And Mortality: A Cohort Study. *CMAJ*. 2003; 169: 397-402; Ostro B, Broadwin R, Green S, Feng W, Lipsett M. Fine Particulate Air Pollution and Mortality in Nine California Counties: Results from CALFINE. *Environ Health Perspect*. 2005: 114: 29-33; Zeka A, Zanobetti A, Schwartz J. Short term effects of particulate matter on cause specific mortality: effects of lags and modification by city characteristics. *Occup Environ Med*. 2006: 62: 718-725.

82. American Lung Association. Urban Air Pollution and Health Inequities: A Workshop Report. *Environ Health Perspect*. 2001: 109(suppl 3): 357-374.

83. Zeka A, Zanobetti A, Schwartz J. Individual-Level Modifiers of the Effects of Particulate Matter on Daily Mortality. *Am J Epidemiol*. 2006: 163: 849-859.

84. Ostro, et al., 2006; Ostro, et al., 2008.

85. Bell ML, Dominici F. Effect Modification by Community Characteristics on the Short-term Effects of Ozone Exposure and Mortality in 98 US Communities. *Am J Epidemiol*. 2008; 167:986-997.

86. Apelberg BJ, Buckley TJ, White RH. Socioeconomic and Racial Disparities in Cancer Risk from Air Toxics in Maryland. *Environ Health Perspect*. 2005: 113:693-699.

87. Zeger SL, Dominici F, McDermott A, Samet J. Mortality in the Medicare Population and Chronic Exposure to Fine Particulate Air Pollution in Urban Centers (2000-2005). *Environ Health Perspect*. 2008: 116:1614-1619.

88. Bell and Dominici, 2008.

89. Babin S, Burkom H, Holtry R, Tabernero N, Davies-Cole J, Stokes L, Dehaan K, Lee D. Medicaid Patient Asthma-Related Acute Care Visits And Their Associations with Ozone and Particulates in Washington, DC, from 1994-2005. *Int J Environ Health Res*. 2008; 18(3)209-221.

90. Laurent O, Pedrono G, Segala C, Filleul L, Havard S, Deguen S, Schillinger C, Rivière E, Bard D. Air pollution, asthma attacks, and socioeconomic deprivation: a small-area case-crossover study. *Am J Epidemiol*. 2008; 168:58-65; Laurent O, Pedrono G, Filleul L, Segala C, Lefranc A, Schillinger C, Riviere E, Bard D. Influence of Socioeconomic Deprivation on the Relation Between Air Pollution and Beta-Agonist Sales for Asthma. *Chest*. 2009; 135(3):717-716.

91. O'Neill et al., 2003.

92. Miranda ML, Edwards SE, Keating MH, Paul CJ. Making the Environmental Justice Grade: The Relative Burden of Air Pollution Exposure in the United States. *Int J Environ Res Public Health*. 2011; 8: 1755-1771.

93. Bell ML, Ebisu K. Environmental Inequality in Exposures to Airborne Particulate Matter Component in the United States. *Environ Health Perspect*. 2012; 120:1699–1704.

94. Health Effects Institute Panel on the Health Effects of Traffic-Related Air Pollution. *Traffic-Related Air Pollution: A Critical Review of the Literature on Emissions, Exposure, and Health Effects*. Health Effects Institute: Boston, 2010. Available at www.healtheffects.org.

95. Andersen ZJ, Hvidberg M, Jensen SS, Ketzel M, Loft S, Sørensen M, Tjønneland A, Overvad K, and Raaschou-Nielsen O. Chronic Obstructive Pulmonary Disease and Long-Term Exposure to Traffic-related Air Pollution: A Cohort Study. *Am J Respir Crit Care Med*. 2011: 183:455-461.

96. Finklestein MM, Jerrett M., Sears M.R. Traffic Air Pollution and Mortality Rate Advancement Periods. *Am J Epidemiol*. 2004; 160:173-177; Hoek G, Brunkreef B, Goldbohn S, Fischer P, van den Brandt. Associations between mortality and indicators of traffic-related air pollution in the Netherlands: a cohort study. *Lancet*. 2002; 360:1203-1209.

97. Peters A, von Klot S, Heier M, Trentinaglia I, Cyrys J, Hormann A, Hauptmann M, Wichmann HE, Lowel H. Exposure to Traffic and the Onset of Myocardial Infarction. *N Engl J Med*. 2004; 351:1721-1730.

98. Suglia SF, Gryparis A, Schwartz J, Wright RJ. Association between Traffic-Related Black Carbon Exposure and Lung Function among Urban Women. *Environ Health Perspect*. 2008; 116(10)1333-1337.