# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,

Plaintiffs,

v.

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,

Defendants.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report and Discovery Plan, docket no. 14, the Court SETS the following schedule:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment must be filed by **(and noted on the motion calendar for May 31, 2019)** | March 29, 2019 |
| Defendants' Response and Cross-Motion for Summary Judgment must be filed by | April 24, 2019 |

MINUTE ORDER - 1

Plaintiffs' Reply in Support of Their Motion for Summary
Judgment and Response to Defendants' Cross-Motion for
Summary Judgment must be filed by　　　　　　　　　　　　　　May 8, 2019

Defendants' Reply in Support of Their Cross-Motion for
Summary Judgment must be filed by　　　　　　　　　　　　　　May 28, 2019

　　　　(2)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2019.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　Deputy Clerk