UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,

Plaintiffs,

v.

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,

Defendants.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' Stipulated Motion to Hold Briefing Schedule in Abeyance, docket no. 16, is GRANTED, and the deadlines set by the Court's March 1, 2019, Minute Order, docket no. 15, are amended as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment must be filed by **(and noted on the motion calendar for June 28, 2019)** | April 29, 2019 |
| Defendants' Response and Cross-Motion for Summary Judgment must be filed by | May 24, 2019 |

MINUTE ORDER - 1

Plaintiff's Reply in Support of Their Motion for Summary
Judgment and Response to Defendants' Cross-Motion for
Summary Judgment must be filed by                                    June 7, 2019

Defendants' Reply in Support of Their Cross-Motion for
Summary Judgment must be filed by                                    June 25, 2019

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of March, 2019.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk