UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,

Plaintiffs,

v.

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,

Defendants.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' second stipulated motion to modify briefing schedule, docket no. 18, is GRANTED, and the deadlines set by the Court's March 1, 2019, Minute Order, docket no. 15, are amended as follows:

Plaintiffs' Motion for Summary Judgment must be filed by June 13, 2019 **(and noted on the motion calendar for August 9, 2019)**

Defendants' Response to Plaintiffs' Motion and
Cross-Motion for Summary Judgment must be filed by July 8, 2019

MINUTE ORDER - 1

| | |
|---|---|
| Plaintiffs' Reply in support of their Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment must be filed by | July 22, 2019 |
| Defendants' Reply in support of their Cross-Motion for Summary Judgment must be filed by | August 6, 2019 |

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of April, 2019.

                                  William M. McCool
                                  Clerk

                                s/Karen Dews
                                Deputy Clerk