UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of
ALASKA COMMUNITY ACTION ON
TOXICS, and SIERRA CLUB,

        Plaintiffs,

  v.

ANDREW WHEELER, in his official
capacity as Acting Administrator of the
United States Environmental Protection
Agency, and CHRIS HLADICK, in his
official capacity as Regional Administrator
of the United States Environmental
Protection Agency Region 10,

        Defendants.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' third stipulated motion to modify briefing schedule, docket no. 20, is GRANTED, and the deadlines set by the Court's March 1, 2019, Minute Order, docket no. 15, are amended as follows:

Plaintiffs' Motion for Summary Judgment must be filed by         July 15, 2019
**(and noted on the motion calendar for September 6, 2019)**

Defendants' Response to Plaintiffs' Motion and
Cross-Motion for Summary Judgment must be filed by         August 7, 2019

MINUTE ORDER - 1

Plaintiffs' Reply in support of their Motion for Summary
Judgment and Response to Defendants' Cross-Motion for
Summary Judgment must be filed byAugust 21, 2019

Defendants' Reply in support of their Cross-Motion for
Summary Judgment must be filed bySeptember 6, 2019

(2)The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk