Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of*
*Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>Defendants.<br><br>STATE OF ALASKA<br><br>Defendant-Intervenor. | Case No. 2:18-cv-01803-TSZ<br><br>STATUS REPORT, JOINT STIPULATED MOTION AND ORDER TO HOLD BRIEFING SCHEDULE IN ABEYANCE |

STATUS REPORT, JOINT STIP. MOT. AND ORDER
(Case No. 2:18-cv-01803)

*Earthjustice*
*705 Second Avenue, Suite 203*
*Seattle, WA 98104*
*206.434.7340*

The parties make this filing pursuant to the Court's July 16, 2019, order. Dkt. 28 at 5. Plaintiffs, EPA, and the State of Alaska are engaging in discussions to resolve Plaintiffs' challenge through settlement. The parties intend to file a proposed settlement soon. To allow the settlement conversations to continue, the parties jointly request that the briefing schedule entered by the Court's July 16, 2019, order, Dkt. 28 at 5, be amended as follows:

Plaintiffs' Motion for Summary Judgment – August 30, 2019 (noted on the court's motion calendar for October 18, 2019)

Defendants' Response and Cross Motion for Summary Judgment – September 20, 2019

Plaintiffs' Reply/Response – October 4, 2019

Defendants' Reply/Response – October 18, 2019

This extension is needed to allow for the parties to finalize a potential settlement agreement.

Presented this 2nd day of August, by:

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
 egrafe@earthjustice.org

*s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

STATUS REPORT, JOINT STIP. MOT. AND ORDER
(Case No. 2:18-cv-01803)    2

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

*s/ Sheila Baynes*
Sheila Baynes (MT Bar #37722843)
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: 202.514.2617
F: 202.514.8865
E: sheila.baynes@usdoj.gov

*Counsel for Defendants*

*s/ Emma Pokon*
Emma Pokon (Alaska Bar No. 1011112)
ALASKA DEPARTMENT OF LAW,
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 269-5100
Email: emma.pokon@alaska.gov

*s/ Anthony J. Gaspich*
Anthony J. Gaspich, WSBA No. 19300
GASPICH LAW OFFICE PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tele (206) 956-4204
Email: tony@gaspichwilliams.com

*Attorneys for Defendant-Intervenor*
*State of Alaska*

It is so ordered.

Dated this 7th day of August, 2019.

Thomas S. Zilly
United States District Judge

STATUS REPORT, JOINT STIP. MOT. AND ORDER
(Case No. 2:18-cv-01803)  3

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*