# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10, <br><br> Defendants, <br> and <br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | C18-1803 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to modify briefing schedule, docket no. 32, is GRANTED, and the deadlines in this matter are amended as follows:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment must be filed by **(and noted on the motion calendar for November 15, 2019)** | September 30, 2019 |
| Defendants' Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment must be filed by **(and noted on the motion calendar for November 15, 2019)** | October 21, 2019 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | Plaintiffs' Reply in support of their Motion for Summary Judgment and Response to Defendants' Cross-Motion for | |
| 2 | Summary Judgment must be filed by | November 4, 2019 |
| 3 | Defendants' Reply in support of their Cross-Motion for Summary Judgment must be filed by | November 15, 2019 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2019.

           William M. McCool
           Clerk

           s/Karen Dews
           Deputy Clerk