Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>Defendants.<br><br>STATE OF ALASKA<br><br>Defendant-Intervenor. | Case No. 2:18-cv-01803-TSZ<br><br>JOINT STIPULATED MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE |

JOINT STIP. MOT. TO HOLD BRIEFING SCHEDULE IN ABEYANCE
(Case No. 2:18-cv-01803)

*Earthjustice*
705 Second Avenue, Suite 203
Seattle, WA 98104
206.434.7340

The parties expect to file a proposed settlement with the Court on or before October 11, 2019. To allow the Defendants to complete their internal approval processes, the parties jointly request that the briefing schedule entered by the Court's September 11, 2019, order, Dkt. 33, be amended as follows:

Plaintiffs' Motion for Summary Judgment – October 11, 2019 (noted on the court's motion calendar for November 29, 2019)

Defendants' Response and Cross Motion for Summary Judgment – November 1, 2019

Plaintiffs' Reply/Response – November 15, 2019

Defendants' Reply/Response – November 29, 2019

Presented this 30th day of September 2019, by:

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

*s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT STIP. MOT. TO HOLD BRIEFING SCHEDULE IN ABEYANCE
(Case No. 2:18-cv-01803)            1

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

*s/ Sheila Baynes*
Sheila Baynes (MT Bar #37722843)
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: 202.514.2617
F: 202.514.8865
E: sheila.baynes@usdoj.gov

*Counsel for Defendants*

*s/ Emma Pokon*
Emma Pokon (Alaska Bar No. 1011112)
ALASKA DEPARTMENT OF LAW,
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 269-5100
Email: emma.pokon@alaska.gov

*s/ Anthony J. Gaspich*
Anthony J. Gaspich, WSBA No. 19300
GASPICH LAW OFFICE PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tele (206) 956-4204
Email: tony@gaspichwilliams.com

*Attorneys for Defendant-Intervenor*
*State of Alaska*


It is so ordered.

    Dated this ___ day of September, 2019.


    _____
    Hon. Thomas S. Zilly
    UNITED STATES DISTRICT JUDGE

JOINT STIP. MOT. TO HOLD BRIEFING SCHEDULE IN ABEYANCE
(Case No. 2:18-cv-01803)   2

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I electronically filed the foregoing JOINT STIPULATED MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sheila Baynes, Anthony J. Gaspich, and Emma Pokon.

Dated: September 30, 2019

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

*Attorney for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT STIP. MOT. TO HOLD BRIEFING SCHEDULE IN ABEYANCE
(Case No. 2:18-cv-01803)   3

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*