UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,

    Plaintiffs,

v.

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,

    Defendants,

and

STATE OF ALASKA,

    Defendant-Intervenor.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to modify briefing schedule, docket no. 34, is GRANTED, and the deadlines in this matter are amended as follows:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment must be filed by **(and noted on the motion calendar for November 29, 2019)** | October 11, 2019 |
| Defendants' Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment must be filed by **(and noted on the motion calendar for November 29, 2019)** | November 1, 2019 |

MINUTE ORDER - 1

Plaintiffs' Reply in support of their Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment must be filed by    November 15, 2019

Defendants' Reply in support of their Cross-Motion for Summary Judgment must be filed by    November 29, 2019

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of October, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2