Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of
Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>Defendants.<br><br>STATE OF ALASKA<br><br>Defendant-Intervenor. | Case No. 2:18-cv-01803-TSZ<br><br>JOINT MOTION TO ENTER CONSENT DECREES |

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)

*Earthjustice*
*705 Second Avenue, Suite 203*
*Seattle, WA 98104*
*206.434.7340*

Plaintiffs Citizens for Clean Air, Alaska Community Action on Toxics, and Sierra Club ("Plaintiffs"); Defendants Andrew Wheeler, in his official capacity as Administrator of the EPA, and Chris Hladick, in his official capacity as Regional Administrator of EPA Region 10 ("Defendants" or "EPA"); and Defendant-Intervenor State of Alaska hereby move the Court to enter the consent decrees filed as Exhibit A and Exhibit B to this motion. The consent decrees contain the terms of proposed settlement of this action between Plaintiffs and EPA, *see* Ex. A, and between Plaintiffs and the State of Alaska, *see* Ex. B. In support of this request, the Parties state as follows:

1. On December 14, 2018, Plaintiffs filed a complaint alleging that EPA failed to take timely final action to determine whether the State of Alaska had made an administratively complete Serious area nonattainment plan submission ("SIP submission") for the Fairbanks North Star Borough area, which is designated nonattainment for the 2006 fine particle matter ("PM-2.5") National Ambient Air Quality Standard ("NAAQS"), and which was reclassified by operation of law from a "Moderate" to a "Serious" nonattainment area, effective June 9, 2017. *See* Dkt. 1.

2. Plaintiffs and Defendants proposed to settle the claim through a consent decree establishing a deadline for EPA to determine whether the State of Alaska had made an administratively complete SIP submission. *See* Proposed Consent Decree, Clean Air Act Citizen Suit, 84 Fed. Reg. 25,803, 25,803 (June 4, 2019). As required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), EPA published notice of the proposed consent decree in the Federal Register on June 4, 2019, and provided a reasonable opportunity (thirty days) for interested persons to comment upon the Consent Decree before the United States consented to its entry. *Id.*

3. The State of Alaska moved to intervene in this case on June 12, 2019, Dkt. 22, and the Court granted the motion on July 16, 2019, Dkt. 28.

4. The Parties, through their authorized representatives and without any admission of

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)   1

*Earthjustice*
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.277.2500

any issues of fact or law, or waiver of any factual or legal claim or defense, have now reached a settlement of Plaintiffs' claims that they consider to be a fair, adequate, and equitable resolution. That settlement is reflected in the separate consent decrees applicable to Plaintiffs and EPA ("EPA Consent Decree"), Ex. A, and to Plaintiffs and the State of Alaska, Ex. B ("State of Alaska Consent Decree"). The Parties' settlement agreement is predicated on the Court's entry of both the EPA Consent Decree and the State of Alaska Consent Decree.

5. The EPA Consent Decree is identical to the proposed consent decree published in the Federal Register on June 4, 2019, 84 Fed. Reg. at 25,803, except that it sets a deadline of January 15, 2020, rather than July 8, 2019, for EPA to sign a notice of final rulemaking determining whether the State of Alaska has made an administratively complete Serious area nonattainment plan SIP submission. Ex. A at 3, ¶ 1. The Parties agree that the previous publication and notice and comment period satisfy the requirements of section 113(g) of the CAA, 42 U.S.C. § 7413(g).

6. The State of Alaska Consent Decree provides that the State of Alaska shall submit a Serious SIP submission to EPA no later than December 15, 2019. Ex. B at 2, ¶ 1.

7. The Parties agree that resolution of this matter without further litigation is in the best interests of the Parties and the public, and that entry of both the proposed EPA Consent Decree and State of Alaska Consent Decree is the most appropriate means of resolving this action. Good cause exists to grant this motion because the terms of the proposed consent decrees are fair, adequate, reasonable, and will conserve the parties' and the Court's resources.

The Parties therefore respectfully move the Court to sign and enter the proposed EPA Consent Decree, Ex. A, and the proposed State of Alaska Consent Decree, Ex. B.

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)                    2

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

Respectfully submitted this 11th day of October, 2019.

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

*s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

*s/ Sheila Baynes*
Sheila Baynes (MT Bar #37722843)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: 202.514.2617
F: 202.514.8865
E: sheila.baynes@usdoj.gov

*Counsel for Defendants*

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)                 3

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

*s/ Emma Pokon*
Emma Pokon (Alaska Bar No. 1011112)
ALASKA DEPARTMENT OF LAW,
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Tel: (907) 269-5100
Email: emma.pokon@alaska.gov

*s/ Anthony J. Gaspich*
Anthony J. Gaspich, WSBA No. 19300
GASPICH LAW OFFICE PLLC
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tele (206) 956-4204
Email: tony@gaspichwilliams.com

*Attorneys for Defendant-Intervenor State of Alaska*

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)   4

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, I electronically filed the foregoing JOINT MOTION TO ENTER CONSENT DECREES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sheila Baynes, Anthony J. Gaspich, and Emma Pokon.

Dated: October 11, 2019

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK  99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

*Attorney for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT MOT. TO ENTER CONSENT DECREES
(Case No. 2:18-cv-01803)              5

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*