# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,

    Plaintiffs,

v.

ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,

    Defendants,

and

STATE OF ALASKA,

    Defendant-Intervenor.

C18-1803 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to enter consent decrees, docket no. 36, is GRANTED, and the deadlines set forth in the Minute Order entered October 3, 2019, docket no. 35, are STRICKEN.

(2) The parties are DIRECTED to file a Joint Status Report on each of the following dates concerning the matters specified below:

    (a) By December 23, 2019, the parties shall indicate whether the State of Alaska, Department of Environmental Conservation has submitted the requisite state implementation plan ("SIP") to the Environmental Protection Agency ("EPA") and whether the Consent Decree between plaintiffs and the State of Alaska may be terminated;

MINUTE ORDER - 1

(b) By January 31, 2020, the parties shall indicate whether the EPA has signed a notice of final rulemaking determining whether the State of Alaska has submitted an administratively complete SIP, and shall describe the status of plaintiffs' claim for attorney's fees and costs; and

(c) By March 31, 2010, the parties shall indicate whether the Consent Decree between plaintiffs and the EPA may be terminated and whether this action may be dismissed and/or closed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of October, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2