GUS MAXWELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
(202) 514-0135
(202) 616-2426 (fax)
gustavus.maxwell@usdoj.gov
*Attorney for Defendants*

THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB<br><br>                Plaintiffs,<br><br>   v.<br><br>ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>                Defendants. | Case No. 2:18-cv-01803-TSZ<br><br>**NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES** |

NOTICE OF APPEARANCE
No. 2:18-cv-01803-TSZ                page 1

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
(202) 514-0135

Please enter the appearance of Gus Maxwell as an attorney of record for Defendant United States of in the above-captioned case.

All pleadings, notices, or other papers may be served on Mr. Maxwell at the address listed below:

> Gus Maxwell
> United States Department of Justice
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20002
> gustavus.maxwell@usdoj.gov

DATED this 3rd day of December, 2019.

Respectfully submitted,

*/s/ Gus Maxwell*
Gus Maxwell
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20002
(202) 514-0135
(202) 616-2426 (fax)
gustavus.maxwell@usdoj.gov

NOTICE OF APPEARANCE
No. 2:18-cv-01803-TSZ                    page 2

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
(202) 514-0135

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of December, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Gus Maxwell*
Gus Maxwell
California bar no. 326800

NOTICE OF APPEARANCE
No. 2:18-cv-01803-TSZ                    page 3

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
(202) 514-0135