Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of
Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>                  Plaintiffs,<br><br>  v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>                  Defendants.<br><br>STATE OF ALASKA<br><br>                  Defendant-Intervenor. | Case No. 2:18-cv-01803-TSZ<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR COSTS AND ORDER |

STIP. MOT. TO EXTEND DEADLINE FOR COSTS MOTION
AND ORDER (Case No. 2:18-cv-01803)

*Earthjustice*
*705 Second Avenue, Suite 203*
*Seattle, WA 98104*
*206.434.7340*

Plaintiffs and Defendants jointly request that the Court extend the deadline for Plaintiffs to file a motion for costs of litigation (including reasonable attorneys' fees) for activities performed prior to the entry of the Consent Decree, Dkt. 38 at 5, ¶ 9, by 30 days, from January 21, 2020, to February 20, 2020. The parties are engaged in settlement discussions regarding Plaintiffs' claim for costs of litigation that may avoid the need for the Court to adjudicate the matter. Additional time is needed so that the parties may continue these ongoing discussions.

Presented this 15th day of January, 2020, by:

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
  egrafe@earthjustice.org

*s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

STIP. MOT. TO EXTEND DEADLINE FOR COSTS MOTION
AND ORDER (Case No. 2:18-cv-01803)

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

*s/ Gus Maxwell*
Gus Maxwell
U.S. Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
T: 202.514.0135
F: 202.616-2426
E: gustavus.maxwell@usdoj.gov

*Counsel for Defendants*

It is so ordered.

  Dated this 17th day of January, 2020.

                   Thomas S. Zilly
                   United States District Judge

STIP. MOT. TO EXTEND DEADLINE FOR COSTS MOTION
AND ORDER (Case No. 2:18-cv-01803)

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*