GUS MAXWELL
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
(202) 514-0135
(202) 514-8865 (fax)
gustavus.maxwell@usdoj.gov

*Attorney for Defendants*

THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency; and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>Defendants. | Case No. 2:18-cv-01803-TSZ<br><br>**JOINT STATUS REPORT** |

Defendants, Andrew Wheeler and Chris Hladick, in their official capacities as administrators of the United States Environmental Protection Agency, and Plaintiffs, Citizens for Clean Air and the Sierra Club, file this joint status report as directed by paragraph 2(b) of the Court's October 23, 2019 Minute Order at Docket Number 37.

JOINT STATUS REPORT
No. 2:18-cv-01803-TSZ                1

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
(202) 514-0135

1. On January 9, 2020, the Environmental Protection Agency signed a Federal Register notice announcing its finding that the State of Alaska submitted an administratively complete state implementation plan, or SIP, to address "serious nonattainment area" plan requirements for the Fairbanks North Star Borough for the 2006 24-hour $PM_{2.5}$ National Ambient Air Quality Standards.

2. The Environmental Protection Agency has delivered notice of this determination to the Office of the Federal Register for review and publication.

3. The parties are engaged in negotiations on Plaintiffs' claim for costs, and hope to resolve this claim prior to the February 20, 2020 deadline for Plaintiffs to file a motion for costs. *See* Order Granting Motion to Extend Deadline to File Motion for Costs at Dkt. 44.

Respectfully submitted this 30th day of January 2020 by:

*/s/ Gus Maxwell*
GUS MAXWELL
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-0135
Fax: (202) 514-8865
gustavus.maxwell@usdoj.gov

*Attorney for Defendants*

*/s/ Jeremy Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (pro hac vice)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500

JOINT STATUS REPORT
No. 2:18-cv-01803-TSZ                    2                    United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0135

F: 907.277.1390
E: jlieb@earthjustice.org

*/s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT STATUS REPORT
No. 2:18-cv-01803-TSZ                         3

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0135

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2020, the foregoing was electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

>     */s/ Gus Maxwell*
>     GUS MAXWELL

JOINT STATUS REPORT
No. 2:18-cv-01803-TSZ              4

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
(202) 514-0135