Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
   egrafe@earthjustice.org

Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>    Defendants.<br><br>STATE OF ALASKA<br><br>    Defendant-Intervenor. | Case No. 2:18-cv-01803-TSZ<br><br>JOINT STIPULATED MOTION TO EXTEND DEADLINES AND ORDER |

JOINT STIP. MOT. TO EXTEND DEADLINES AND ORDER
(Case No. 2:18-cv-01803)

*Earthjustice*
*705 Second Avenue, Suite 203*
*Seattle, WA 98104*
*206.434.7340*

Plaintiffs and Federal Defendants (the parties) have reached agreement to resolve Plaintiffs' claims for costs and fees of litigation. Because the agreement allows up to 120 days for completion of certain required actions, the parties jointly request that the Court extend the deadlines in this case to cover that period of time. Specifically the parties request that the Court extend the deadline for Plaintiffs to file a motion for costs of litigation from February 20, 2020, Dkt. 44 at 2, to June 26, 2020, and that the Court extend the deadline to notify the Court whether the Consent Decree between plaintiffs and Federal Defendants may be terminated and whether this action may be dismissed and/or closed from March 31, 2020, Dkt. 37 at 2, ¶2(c), to June 26, 2020.

Presented this 20th day of February, 2020 by:

*s/ Jeremy C. Lieb*
Jeremy C. Lieb (WSB #47219)
Erik Grafe (AK Bar #0804010) (*pro hac vice*)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
F: 907.277.1390
E: jlieb@earthjustice.org
  egrafe@earthjustice.org

*s/ Kristen L. Boyles*
Kristen L. Boyles (WSB #23806)
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104
T: 206.343.7340
F: 206.343.1526
E: kboyles@earthjustice.org

*Attorneys for Citizens for Clean Air, a project of Alaska Community Action on Toxics, and Sierra Club*

JOINT STIP. MOT. TO EXTEND DEADLINES AND ORDER
 (Case No. 2:18-cv-01803)

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*

1     *s/ Gus Maxwell*
    Gus Maxwell
2     U.S. Department of Justice
    Environmental & Natural Resources Division
3     Environmental Defense Section
    P.O. Box 7611
4     Washington, DC 20044
    T: 202.514.0135
5     F: 202.616-2426
    E: gustavus.maxwell@usdoj.gov

*Counsel for Defendants*

It is so ordered.

Dated this 20th day of February, 2020.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge

JOINT STIP. MOT. TO EXTEND DEADLINES AND ORDER
(Case No. 2:18-cv-01803)

*Earthjustice*
*441 W 5th Avenue, Suite 301*
*Anchorage, AK 99501*
*907.277.2500*