UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, a project of ALASKA COMMUNITY ACTION ON TOXICS, and SIERRA CLUB,<br><br>                    Plaintiffs,<br>   v.<br>ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and CHRIS HLADICK, in his official capacity as Regional Administrator of the United States Environmental Protection Agency Region 10,<br><br>                    Defendants,<br>   and<br>STATE OF ALASKA,<br><br>                    Defendant-Intervenor. | C18-1803 TSZ<br><br>ORDER |

Having reviewed the Joint Status Report filed on December 23, 2019, docket no. 42, indicating that the Consent Decree between plaintiffs and the State of Alaska, docket no. 39, may be terminated, and having reviewed the Joint Status Report filed on June 25, 2020, docket no. 48, indicating that the Consent Decree between plaintiffs and defendants Andrew Wheeler and Chris Hladick in their official capacities on behalf of the United States Environmental Protection Agency ("EPA"), docket no. 38, may be

ORDER - 1

terminated, and that plaintiffs and the EPA have resolved any dispute concerning the costs of litigation, the Court ORDERS as follows:

(1) The Consent Decree between plaintiffs and the EPA, docket no. 38, is TERMINATED;

(2) The Consent Decree between plaintiffs and the State of Alaska, docket no. 39, is TERMINATED; and

(3) The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record.

Dated this 6th day of July, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 2